United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAMINI HAWN, | CASE NO. 5:12-cv-05014 EJD |
| Plaintiff(s), | **ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE SUR-REPLY** |
| v. | |
| JOHN MCHUGH, Secretary of the Army, | [Docket Item No(s). 43] |
| Defendant(s). | |

Plaintiff's request for leave to file a sur-reply (Docket Item No. 43) is GRANTED. The sur-reply filed by Plaintiff on October 3, 2013 (Docket Item No. 41) will be considered in connection with Defendant's pending Motion to Dismiss. Defendant's objection to the sur-reply (Docket Item No. 42), although well-taken, is OVERRULED.

Pursuant to his request, Defendant may file a response to Plaintiff's sur-reply on or before **January 15, 2014.** Once this response is filed, no further briefing will be considered for the Motion to Dismiss and no such briefing should be filed by either party.

**IT IS SO ORDERED.**

Dated: January 6, 2014

_____
EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-05014 EJD
ORDER GRANTING PLAINTIFF'S REQUEST TO FILE SUR-REPLY