IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAMINI HAWN, | CASE NO. 5:12-cv-05014 EJD |
| Plaintiff(s), | **JUDGMENT** |
| v. | |
| JOHN McHUGH, Secretary of the Army, | |
| Defendant(s). | |

Defendant's Motion to Dismiss having been granted and Plaintiff's remaining claims having been dismissed without leave to amend (see Docket Item No. 47);

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

Dated: January 21, 2014

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:12-cv-05014 EJD
JUDGMENT

1